JS - 6
**FILED: 1/24/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Majed Nabhan, et al.*, | CASE NO. ED CV 13-1328-GHK (OPx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| *DPM Acquisition LLC, et al.*, | |
| Defendants. | |

Pursuant to the Court's December 19, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiffs' claims against DPM Acquisition, LLC and Meridian Financial Services, Inc. are **DISMISSED without prejudice**. Pursuant to the Court's January 24, 2014 Order, it is further ADJUDGED that Plaintiffs' claims against Diamond Resorts International, Inc. are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: January 24, 2014

_____
GEORGE H. KING
Chief United States District Judge